# Gandy *v.* Pinkerton, Appellant.

Argued Jan. 15, 1908. Appeal, No. 355, Jan. T., 1907, by defendant, from judgment of Superior Court, Oct. T., 1906, No. 33, affirming order of C. P. No. 1, Phila. Co., Dec. T., 1905, No. 860, making absolute rule for judgment for want of a sufficient affidavit of defense in case of George S. Gandy v. William W. Pinkerton. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Reversed.

OPINION BY MR. JUSTICE BROWN, March 2, 1908:

The question involved in this appeal is the same as that raised and disposed of in Gandy v. Weckerly, ante, p. 285, in which we have this day filed an opinion. For the reasons therein given the judgment of the Superior Court is reversed, as is that of the common pleas, and procedendo awarded.